## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRENT LEWIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v.. | ) | Cause No. 3:20-CV-03330 |
| | ) | |
| ILLINOIS CENTRAL RAILROAD COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF ATTORNEY PRACTICE CHANGE

TO:   Patrick S. O'Brien
906 Olive Street, Suite 1010
St. Louis, Missouri 63101
Telephone: (314) 621-7474
Facsimile: (314) 621-7476
pobrien@felainjury.com
*Counsel for Plaintiff*

Kurt E. Reitz
Thompson Coburn, LLP
525 West Main Street, Ste. 300
Belleville, IL 62220
(618) 277-4700
(618) 236-3434 (facsimile)
kreitz@thompsoncoburn.com

NOTICE IS HEREBY PROVIDED that Charles H. Russell, who is the attorney of record, and who practiced under the name of Wise Carter Child & Caraway, P.A. at 401 East Capitol Street, Suite 600, Jackson, Mississippi 39201, until August 24, 2022, will be practicing law as attorney at Fletcher & Sippel, LLC, a firm based in Chicago, Illinois, from the Fletcher & Sippel LLC office located at 4205 Canterbury Court, Jackson, Mississippi, 39211, (601) 214-2474 and (601) 506-5729, crussell@fletcher-sippel.com, respectively as of August 25, 2022. Neither Wise

Carter Child & Caraway, P.A. nor any of its attorneys are counsel of record in this matter as of August 25, 2022.

This the 29 day of August, 2022.

/s/ Charles H. Russell, III
Charles H. Russell, III
Fletcher & Sippel, LLC
4205 Canterbury Court
Jackson, Mississippi 39211
Tel: (601) 214-2474

## CERTIFICATE OF SERVICE

This is to certify that on August 29, 2022, Defendant's Notice of Change of Practice was was sent via email and first-class mail, postage prepaid, addressed as follows:

Patrick S. O'Brien
906 Olive Street, Suite 1010
St. Louis, Missouri 63101
Telephone: (314) 621-7474
Facsimile: (314) 621-7476
pobrien@felainjury.com
*Counsel for Plaintiff*

Kurt E. Reitz
Thompson Coburn, LLP
525 West Main Street, Ste. 300
Belleville, IL 62220
(618) 277-4700
(618) 236-3434 (facsimile)
kreitz@thompsoncoburn.com

/s/ Charles H. Russell, III